374 A.2d 706

Commonwealth v. Moss, Appellant.

Argued April 13, 1977. H. Russo, with him Nicholas S. Kladitis, Public Defender, for appellant; David B. Douds, Assistant District Attorney, with him

Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.